# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                          Appellant,
          vs.
TIMOTHY FILSON; WILLIAM
RUEBART; AND TASHEENA
SANDOVAL,
                          Respondents.

No. 84502

**FILED**

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order denying a postconviction motion in arrest of judgment. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from an order denying a postconviction motion in arrest of judgment, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
          Silver

_____, J.          _____, J.
          Cadish                                      Pickering

22-12131

cc: Hon. Eric Johnson, District Judge
Renard Truman Polk
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A